IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARK D. WILLIAMS,

    Plaintiff,

vs.

DEBRA HICKEY, Warden;
BOLAJI AREMU, PA; and
UNITED STATES OF AMERICA,

    Defendants.

CIVIL ACTION NO.: CV211-139

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's deliberate indifference claims against Defendants Hickey and Aremu are **dismissed** without prejudice.

SO ORDERED, this 26 day of March, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)